UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.O., a minor through his Guardian Ad Litem, HANNAH MORRIS, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS, Deceased, and S.O., a minor through his Guardian Ad Litem HANNA MORRIS, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF NEVADA, a Governmental Entity; WELLPATH, LLC, a Delaware limited liability company; NATIVIDAD RICKS, RN, JENNIFER PIXLEY, RN, JOSEPH BRITTON, MD, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-01131-WBS-AC<br>[Related Case: 2:24-cv-03243-WBS-AC]<br><br><br><br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br><br>**Hon. William B. Shubb** |

It is hereby stipulated by and between Plaintiffs T.O., a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS, Deceased, and S.O. a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS (hereinafter "Plaintiffs"), Defendant MICHAEL O'BRIEN (hereinafter "O'BRIEN"), Defendant WELLPATH, LLC (hereinafter "WELLPATH"), Defendant COUNTY OF NEVADA (hereinafter "COUNTY") (collectively, the

1

"Parties") and through their counsel of record, as follows:

WHEREAS, on June 3, 2025, the Court issued an order relating case numbers 2:24-cv-03243 and 2:24-cv-01131.

WHEREAS, the June 3, 2025, order reassigned case number 2:24-cv-03243 to Judge William B. Shubb.

WHEREAS, on June 6, 2025, the Court ordered a Status Conference to be heard with related case, 2:24-cv-01131-WBS-AC, on June 16, 2025.

WHEREAS, the lead counsel for the Defendant O'BRIEN is unavailable on June 16, 2025;

WHEREAS, the Parties have met and conferred and agree that continuing the Status Conference would be beneficial to all Parties;

**NOW, THEREFORE,** for good cause as set forth above, the Parties, through their respective counsel of record, DO STIPULATE AND AGREE as follows:

The Status Conference scheduled for June 16, 2025 be continued to June 23, 2025.

**IT IS SO STIPULATED.**

Dated: 6/12/2025                                                  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:     */s/ Corey C. Wilson*
Richard W. Osman
Sheila D. Crawford
Corey C. Wilson
Attorneys for Defendants
MICHAEL O'BRIEN

2

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE
*Estate of Amy Wayne Morris v. Michael O'Brien,* U.S.D.C. Eastern District of California Case No.: 2:24-cv-03243-WBS-AC

| | | |
|---|---|---|
| 1 | Dated: 6/12/2025 | THE SEHAT LAW FIRM, PLC |

By: _____*/s/ Jeffrey Mikel*_____
    Cameron Sehat
    Jeffrey Mikel
    Attorneys for Plaintiffs
    T.O., a minor through his Guardian Ad Litem Hannah Morris, Individually and as a Personal Representative of the Estate of AMY WAYNE MORRIS, Deceased, and S.O. a minor by and through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS

Dated: 6/12/2025                         MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP

By: _____*/s/ Lynn L. Carpenter*_____
    Kayleigh Ann Andersen
    Mildred K. O'Linn
    Lynn L. Carpenter
    Nichole Maria Santiago
    Attorneys for Defendant
    COUNTY OF NEVADA

Dated: 6/12/2025                         GORDON REES SCULLY MANSUKHANI

By: _____*/s/ Gregory Rousso*_____
    Gregory Rousso
    Lindsey Mack Romano
    Jennifer Anne Lowis
    Attorneys for Defendant
    WELLPATH, LLC

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE
*Estate of Amy Wayne Morris v. Michael O'Brien,* U.S.D.C. Eastern District of California Case No.: 2:24-cv-03243-WBS-AC

## ELECTRONIC CASE FILING ATTESTATION

I, Andrea Monge, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel or Plaintiff, Pro Se, to show their signature on this document as /s/.

Dated: 6/12/2025

*/s/ Andrea Monge*

**ORDER**

Good cause appearing, and pursuant to the Parties' stipulation, the Case Status Conference is continued to **June 23, 2025 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: June 16, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE