Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
Corey C. Wilson, State Bar No. 332800
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:    rosman@bfesf.com
          scrawford@bfesf.com
          cwilson@bfesf.com

Attorneys for Defendant
MICHAEL O'BRIEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.O., a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS, Deceased, and S.O. a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O'BRIEN, Individually, <br><br> Defendants. | Case No. 2:24-cv-03243-WBS-AC <br><br><br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** <br><br><br><br><br><br> **Hon. William B. Shubb** |

It is hereby stipulated by and between Plaintiffs T.O., a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS, Deceased, and S.O. a minor through his Guardian Ad Litem Hannah Morris, Individually and as Personal Representative of the Estate of AMY WAYNE MORRIS (hereinafter "Plaintiffs"), Defendant MICHAEL O'BRIEN (hereinafter "O'BRIEN"), Defendant WELLPATH, LLC (hereinafter "WELLPATH"), Defendant COUNTY OF NEVADA (hereinafter "COUNTY") (collectively, the "Parties") and  through their counsel of record, as follows:

WHEREAS, on June 3, 2025, the Court issued an order relating case numbers 2:24-cv-03243 and

1

1  2:24-cv-01131.

2  WHEREAS, the June 3, 2025, order reassigned case number 2:24-cv-03243 to Judge William B.
3  Shubb.

4  WHEREAS, on June 6, 2025, the Court ordered a Status Conference to be heard with related
5  case, 2:24-cv-01131-WBS-AC, on June 16, 2025.

6  WHEREAS, the lead counsel for the Defendant O'BRIEN is unavailable on June 16, 2025;

7  WHEREAS, the Parties have met and conferred and agree that continuing the Status Conference
8  would be beneficial to all Parties;

9  **NOW, THEREFORE,** for good cause as set forth above, the Parties, through their respective
10 counsel of record, DO STIPULATE AND AGREE as follows:

11 The Status Conference scheduled for June 16, 2025 be continued to June 23, 2025.

12 **IT IS SO STIPULATED.**

13 Dated: June 12, 2025                               BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

15                                                    By:    */s/ Corey C. Wilson*
                                                            Richard W. Osman
16                                                          Sheila D. Crawford
                                                            Corey C. Wilson
17                                                          Attorneys for Defendants
                                                            MICHAEL O'BRIEN

19 Dated: June 12, 2025                               THE SEHAT LAW FIRM, PLC

21                                                    By:    */s/ Jeffrey Mikel*
                                                            Cameron Sehat
22                                                          Jeffrey Mikel
                                                            Attorneys for Plaintiffs
23                                                          T.O., a minor through his Guardian Ad Litem
                                                            Hannah Morris, Individually and as a Personal
24                                                          Representative of the Estate of AMY WAYNE
                                                            MORRIS, Deceased, and S.O. a minor by and
25                                                          through his Guardian Ad Litem Hannah Morris,
                                                            Individually and as Personal Representative of the
26                                                          Estate of AMY WAYNE MORRIS

2

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE
*Estate of Amy Wayne Morris v. Michael O'Brien,* U.S.D.C. Eastern District of California Case No.: 2:24-cv-03243-WBS-AC

| | |
|---|---|
| Dated:  June 12, 2025 | MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP |
| | |
| | By:  */s/ Lynn L. Carpenter* |
| | Kayleigh Ann Andersen |
| | Mildred K. O'Linn |
| | Lynn L. Carpenter |
| | Nichole Maria Santiago |
| | Attorneys for Defendant |
| | COUNTY OF NEVADA |
| | |
| Dated:  June 12, 2025 | GORDON REES SCULLY MANSUKHANI |
| | |
| | By:  */s/ Gregory Rousso* |
| | Gregory Rousso |
| | Lindsey Mack Romano |
| | Jennifer Anne Lowis |
| | Attorneys for Defendant |
| | WELLPATH, LLC |

### **ELECTRONIC CASE FILING ATTESTATION**

I, Corey C. Wilson, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel or Plaintiff, Pro Se, to show their signature on this document as /s/.

Dated: June 12, 2025                                        BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

*/s/ Corey C. Wilson*
Corey C. Wilson

3

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE
*Estate of Amy Wayne Morris v. Michael O'Brien,* U.S.D.C. Eastern District of California Case No.: 2:24-cv-03243-WBS-AC

**ORDER**

Good cause appearing, and pursuant to the Parties' stipulation, the Case Status Conference is continued **to June 23, 2025 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: June 16, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE